E-Filed on    4/16/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUXIANG XU and YING WANG,<br><br>Plaintiffd,<br><br>v.<br><br>F. GERARD HEINAUER; EMILIO T. GONZALEZ; MICHAEL CHERTOFF; ROBERT S. MUELLER III,<br><br>Defendants. | No. C-06-07510 RMW<br><br>ORDER DISMISSING CASE<br><br>[Re Docket Nos. 9, 11] |

On December 7, 2007, plaintiffs filed a petition for writ of mandamus asking this court to order the United States Citizenship and Immigration Services (USCIS) to adjudicate their I-485 applications to adjust their status to lawful permanent resident. On January 10, 2006, the USCIS approved the plaintiffs' applications. On February 6, 2007, defendants filed a motion to dismiss plaintiffs' action as moot. On February 23, 2007, plaintiffs filed a statement of non-opposition to defendants' motion to dismiss, agreeing that the mandamus action has now been mooted by USCIS's adjudication..

Accordingly, the court dismisses the case. This dismissal vacates the hearing date on defendants' motion. The clerk shall close the file.

DATED:      4/16/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-06-07510 RMW
MAG

**A copy of this order was mailed on     4/16/07     to:**

**Counsel for Plaintiffs:**

Yuxiang Xu and Ying Wang
517 Granger Terrace, Unit #1
Sunnyvale, CA 94087

**Counsel for Defendant(s):**

Edward A. Olsen, Joann M. Swanson, Kevin V. Ryan
United States Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.